UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| JARIUS BROWN,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPUTY JAVARREA POUNCY, and DEPUTIES JOHN DOE 1, and JOHN DOE 2.<br><br>    Defendant | Plaintiff's Notice of Appeal<br><br><br><br>Civil Action No.: 5:21-cv-3415 |

## PLAINTIFF'S NOTICE OF APPEAL

Plaintiff Jarius Brown hereby gives notice of his appeal to the United States Court of Appeals for the Fifth Circuit from the Court's September 29, 2022 Memorandum Ruling Granting Defendant's Motion to Dismiss [Doc. 37] and Final Judgment [Doc. 38].


By: /s/    *Erin Bridget Wheeler*

Erin Bridget Wheeler
LA. Bar No. 37546
Nora Ahmed
ACLU FOUNDATION OF LOUISIANA
1340 Poydras St, Ste. 2160
New Orleans, LA 70112
Tel: 504 522 0628
bwheeler@laaclu.org
nahmed@laaclu.org


By: /s/  *Michael X. Imbroscio*

Michael X. Imbroscio (Bar No. 445474)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
mimbroscio@cov.com

*Counsel for Plaintiff Jarius Brown*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 26th day of October, 2022, a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system; notice will be sent by operation of the court's electronic filing system to all counsel of record.

By:  /s/  Megan E. Snider

By:  /s/   Michael X. Imbroscio

*Counsel for Plaintiff Jarius Brown*