**Case No. 22-30691**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

JARIUS BROWN,

*Plaintiff - Appellant*,

v.

DEPUTY JAVARREA POUNCY, AND DEPUTIES JOHN DOE 1, AND JOHN DOE 2,

*Defendants - Appellees.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

**UNOPPOSED MOTION FOR LEVEL 1 EXTENSION OF TIME**

Pursuant to Fifth Circuit Rule 31.4, Appellant respectfully requests the Court to extend the time for filing their opening brief by 30 days, through and including January 26, 2023. Undersigned counsel has contacted Appellees' lead counsel, who consents to this requested extension of time.

Under the Court's November 17, 2022 Briefing Notice, Appellant's brief is currently due on December 27, 2022. Appellant has made no previous extension requests.

There is good cause for this request. This complex appeal encompasses unsettled issues of Federal and Louisiana law that require substantial legal research and have as of yet not been fully briefed before this Court. Additional time is needed in order to prepare a brief addressing these issues within the required type-volume limitation. Further, Appellant requires additional time to coordinate filing with potential amici given that the current deadline falls during the holidays.

## CONCLUSION

The Court should grant this unopposed motion for a 30-day extension of time, through and including January 26, 2023, for filing Appellant's opening brief.

Respectfully submitted,

/s/ *Lauren Willard*

Nora Ahmed
ACLU FOUNDATION OF
LOUISIANA
1340 Poydras Street, Ste. 2160
New Orleans, LA 70112
(504) 522-0628

Lauren Willard
Michael X. Imbroscio
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC  20001-4956
(202) 662-6000

*Attorneys for Plaintiff - Appellant Jarius Brown*

December 2, 2022

2

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2022, I electronically filed the foregoing Unopposed Motion for Level 1 Extension of Time with the United States Court of Appeals for the Fifth Circuit via the Court's Electronic Case Filing System, and further certify that I have served, via email, on the following:

James Ashby Davis
Cook, Yancey, King, & Galloway, A.P.L.C.
333 Texas Street, Suite 1700
Shreveport, LA 71101
(318) 227-7826
ashby.davis@cookyancey.com

*Attorneys for Defendant - Appellee Deputy Javarrea Pouncy*

/s/ *Lauren Willard*
Lauren Willard